PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRENDA L. JAMES, ) | |
| ) | CASE NO. 1:20-CV-02607 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | **MEMORANDUM OF OPINION AND** |
| ) | **ORDER** |
| Defendant. ) | [Regarding ECF No. 17] |
| ) | |

On February 18, 2022, the assigned magistrate judge issued a Report recommending that the Commissioner's final decision denying Plaintiff's application for disability insurance benefits be reversed and remanded for further proceedings. *See* ECF No. 17 (Report and Recommendation).

Federal law requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id.*; Fed. R. Civ. Pro. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court may adopt a magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

(1:20-CV-02607)

In the instant case, objections to the Report and Recommendation are due by March 4, 2022. On March 2, 2022, Commissioner filed a Response (ECF No. 18), indicating that no objections would be filed.

Therefore, the Court adopts the Report and Recommendation (ECF No. 17) and remands the matter for further proceedings consistent with that writing.

IT IS SO ORDERED.


| | |
|---|---|
| March 2, 2022 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |